33 So.2d 284
**Christian WINGARD v. STATE.**
**5 Div. 241.**

Court of Appeals of Alabama.
Dec. 16, 1947.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

35 So.2d 927
**George WITHERSPOON, alias Weatherspoon v. STATE.**
**6 Div. 559.**

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

35 So.2d 927
**Deroy WOODS v. STATE.**
**6 Div. 557.**

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

33 So.2d 284
**James WRIGHT v. STATE.**
**6 Div. 441.**

Court of Appeals of Alabama.
Oct. 28, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed, motion of appellant.

30 So.2d 43
**Harold YARBROUGH v. STATE.**
**7 Div. 909.**

Court of Appeals of Alabama.
Jan. 21, 1947.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

32 So.2d 188
**Cervelma YOUNG v. CITY OF MOBILE.**
**1 Div. 535.**

Court of Appeals of Alabama.
April 15, 1947.

M. F. Dozier, of Mobile, for appellant.
Harry Seale, of Mobile, for appellee.

BRICKEN, Presiding Judge.
Affirmed for want of assignments of errors. 15 Ala.Dig., Municipal Corporations, ☞642(1), p. 159.